Certificate Number: 15111-PAM-DE-035846259

Bankruptcy Case Number: 21-01557



15111-PAM-DE-035846259

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2021, at 9:59 o'clock AM EDT, Jaimee Marie Haydt completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 19, 2021

By: /s/Maan Arriane Vendiola for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education